**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-20874-RKA

RENZO BARBERI,

       Plaintiff,

       vs.

KOMAL, INC., a Florida Profit Corporation
d/b/a COUNTRY LODGE

       Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

The undersigned counsel hereby files this Notice of Settlement and gives notice to this

Honorable Court that the parties have resolved all the issues pertaining to this lawsuit.

Respectfully submitted,

By: *<u>Ronald E. Stern</u>*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, RENZO BARBERI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20874-RKA

RENZO BARBERI,

       Plaintiff,

       vs.

KOMAL, INC., a Florida Profit Corporation
d/b/a COUNTRY LODGE

       Defendant.

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

2