**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-20874-ALTMAN/Lett**

**RENZO BARBERI**,

     *Plaintiff*,

*v.*

**KOMAL, INC.**,

     *Defendant.*

_____/

## ORDER

The parties have filed a Notice of Settlement [ECF No. 29], telling us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1.  The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a stipulation of dismissal by **July 28, 2025**.

2.  If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3.  All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 26, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record